IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY WAYNE JOHNSON,
ADC #83520                                                                                    PLAINTIFF

5:05CV00288 JMM

DORIS BUTLER, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1983, that an in forma pauperis appeal from this Judgment and the accompanying Order is frivolous and not in good faith.

IT IS SO ADJUDGED this 2nd day of November, 2006.


_____
UNITED STATES DISTRICT JUDGE